UNITED STATES DIISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

      v.                                                  : Crim. No. 08-242 (PLF)

GREGORY JOEL SITZMANN              :

### ENTRY OF APPEARANCE

Please enter my appearance as appointed counsel in the above captioned case.

_____/s/_____
Thomas Abbenante, Esquire
#227934
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006
202-223-6539
Fax: 202-973-4499
tabbenante@aol.com