UNITED STATES DIISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

    v.                             : Crim. No. 08-242 (PLF)

GREGORY JOEL SITZMANN     :


## MOTION TO WITHDRAW

COMES NOW, undersigned counsel, Thomas Abbenante who respectfully requests that this Honorable Court allow counsel to withdraw from this case. As grounds, counsel submits the following information.

1. The record in this case is clear. Undersigned counsel was appointed in this case after previous counsel moved to withdraw due to a potential conflict of interest and after the defendant made allegations concerning his financial and emotional status. Other counsels have also been replaced.

2. Since counsel's appointment, I have been accused of criminal wrongdoing and ineffective assistance. It now appears that the defendant has filed a civil complaint against counsel alleging malpractice with a demand for a money judgment. This creates a clear conflict of interest and makes it difficult, if not impossible, to have a successful attorney-client relationship during a two month trial.

WHEREFORE, the foregoing premises considered, counsel prays that this motion be granted.

                    Respectfully submitted,

                    Thomas Abbenante #22734  
                    1919 Pennsylvania Avenue NW  
                    Suite 800  
                    Washington, DC 20006  
                    202-223-6539  
                    Fax: 202-973-4499  
                    tabbenante@aol.com