Joseph Virgilio
1629 K St. N.W. #300
Washington, D.C., 20006-1631

June 1, 2008

Mr. Virgilio:

I have enclosed an "outline" of what happened starting when I retained an Attn., John Hewes, to approach the U.S. Attn. office in Miami. I have also sent this to George so he will have this information. Mia or Washington - Any difference?

First I need to ask you to send me a letter requesting that I call you, I just need to list your phone # on your letterhead, and also please request a number where you can call me on a secure line. Please state the reason for this is because we will need to have a conference call with another Attn.

Now where are we with George: Clearly he was made aware

w/l     ①

1) The transfer of funds to Paulson (a person involved with the Bikers) from Spain to the U.S.   Dec. 2003 - Jan '04
   funds to " Mia

w/l     ②

CR08-242-PLF
EXHIBITS

2) Since 1998 I never gave, promised, or consp to give Jones any

EX 1   1 of 3

w/ll 

5) George has at least 5-6 taped conversations - phone calls made by Colligan to me in Col. (the last one less then 2 weeks before my arrest) in which not one time did I say that I would "do" anything - just the opposite !!

Also Colligan came to my house in 2000? told me some-one just paid him $35,000 and ask me to by some kile's - I told him I did not even know who to ask - (he was wired I am sure)



from beginning George knew ...
a little fibble and never had any documentation to back

Ex 1 (2) of 3

Also I believe it needs to be express fairly forcefull that I am the one the brought all of events before 2000 to the U.S. Attn. Office. In Miami. That I tried on many occassion to have John Howes, thru letters, phone calls and any other means to contact George's office as soon as I found out they (George's office) was conducting an investigation on exactly what I told the U.S. Attn. office In Miami about

Now as we discussed
1) we need 1st to make sure that no one in Col. will be in a possition to be "hurt" I will only know "who" when I return
2) For me I need a written agreement "before" anything else consearning my safty and conditions

As this is a "Special Situation" that is the reason that I have insisted that I speak to someone that has a lot of experience — AUSA and Agents promise has absolut                                                  absent.
I need to speak with someone that has experience with "protection".
I do hope that you and your wife enjoyed France. and I will expect to hear back from you soon.

Sencerly,
Gregory J. Sitzmann

EX 3 of 3

Joseph Virgilio
1629 K St. N.W St. 300
Washington D.C. 20006-1631                June 5, 2006

Mr. Virgilio:

I received your letter dated may 30. Thank you for the photo-copies.

I am sorry I was not clear concerning the people In Col. I am concerned About. The names I gave you were the 4 or 5, Danny, Carolina, Sarah, Jeanette, And Billy Lee Long. The problem In giving you their complete names is that I have only their 1 names and they are In my phonebook that the French

Also As we discussed when I last spoke with you we need not be In A hurry to come to an agreement with George - As I need to speak with a Attn. that has a lot of experience In this area.

Also by now you received the other letter I wrote. Hopefully you did not relay to George anything concerning what I wrote About willing to plea. As I stated In this letter that I need to hear from you concerning the legal issues - And if there is Anything too plea too!!

Sincerely

please return copy with
your next letter                EX 2 Gregory J. Sitzmann