he Honorable Paul Friedman
U.S. federal District Court Judge
333 Constitutional Ave. N.W.
Washington, D.C. 20001

**FILED**
**JUN 1 3 2012**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PAUL L. FRIEDMAN
United States District Judge

DATE:   June 4, 2012

6/13/12   CR O8-242 (PLF)

Your Honor:

    Defendant request this Court consider the following issues and then readdress the decision it made concerning the Kastigar hearing issue and the issues of the Government position concerning the telephone conversation between Defendant and Gary Paulson the government entered into the record. After the Government provided all the Jenks material it is clear the Government, and their witness (s) knew Defendant spoke with law enforcement no later then February of 2001. The Government further knew the conversation between Defendant and Mr. Paulson was made while Mr. Paulson was working with the U.S. Customs in Miami Florida as a confidential informant and targeting Defendant. Defendant request the Court dismiss the charge against Defendant, or declare a mistrial, or in the alternative hold a hearing to determine the immunity given to Defendant and if the Government witnesses were exposed to Defendant's immune testimony and if this exposure influenced to either testify or slant their testimony against Defendant.

## ISSUES THE COURT IS REQUEST TO CONSIDER

    Defendant had repeatedly requested his Counsel, Thomas Abbenante, to provide to this Court the information necessary to receive a Kastigar hearing, which the Government has opposed, to determine if Defendant had received transactional, or any immunity.

    The Court during the last of 2011 and the beginning of 2012 requested information concerning this issue be provided, either in the form of testimony or an affidavit, so the Court could determine if a hearing was required.

    Mr. Abbenante had told Defendant he had contacted Mr. John Howe, (Defendant's Attorney during the period when Defendant spoke to law enforcement in Miami, Florida in 2000) and was told Mr. Howe had not responded, thus Mr. Abbenante was not able to provide the information the court requested to be able to make a ruling concerning the need to grant a hearing. (Mr. Howes then testified at trial doing so without being subpoenaed)

Before the trial, thru an investigator, and during Defendant repeatedly requested his Counsel to question the Government's witnesses if they had been exposed to the testimony Defendant made in Miami, Florida in January or February of 2000, which he chose not to do.

### Order of events

1. In February of 2000 Defendant spoke with law enforcement in Miami, Florida
2. In February 21, 2001 Agent Buss, then the lead agent in this case, wrote in his notes (received during trial) (ex.1)
    a. SA Mack Strom   money laundering
        working Sitzmann
    b. Sitzmann moves money and drugs all over the world.
    c. Drugs in Aircraft and trucks
    d. 30 million with in his capability
    4. E-mail Re
        Sitzmann Recomp        NOTE—nothing discovery about this
        Margret Mullin   Analysis
        Monroe County Sherriff
3. In or about January or February 2004, Gary Paulson taped a conversation between himself and Defendant. This tape was allowed into evidence in Defendant's trial as the Government stated this tape was made by Mr. Paulson personally (as opposed to him being a confidential informant and targeting Defendant. (Taken from notes as Defendant does not have transcripts)
4. On February 12, 2004 Defendant left the United States.
5. On February 22, 2004 Defendant was arrested in France
6. On February 29, 2005 Mr. Paulson sent an e-mail to Agent Vicky Thompson-his control agent, (ex, 2) stating
    a. You should be looking for Greg Sitzmann coming back into the country most likely form Canada
    b. "mac" knows the guy ---reference to Mack Strom?" agent in Buss notes?
    c. i got good recording from Greg about this guy Jerry Harvey
        (tape played at trial?)

        d. plane still at my friends  (stallion kit)

        we could work this better? before he gets back!!

bottom of page shows Paulson and Agent Thompson had been communicating since at least 1/23/o4 YET NO OTHER E-mails in discovery or jinks

7.    On March 5, 2004 Mr. Paulson wrote and e-mail to Vicky Thompson, his control agent for U.S. Customs in Miami, Florida, (Mac Strom was her supervisor) stating: (ex.3)

    Update on Sitzmann he is expected to return to the U.S. thru Canada with large amount of money.

    A. This was written around 15 day after the Defendant was arrested in France---
        Showing Mr. Paulson was:
        1. Willing to fabricate information to stay in the "good graces" of his Control Agent.
        2. Clearly shows Mr. Paulson was working as a confidential informant when he taped the conversation with Defendant.

8.    In a e-mail dated April 24, 2004 Mr. Paulson sent, which was turned over to the Government before trial, he clearly indicates he not only knew of the meeting but who had represented Defendant and the topic of conversation. (NOTE this e-mail was turned over to the Government by the defense as Brady (ex.4)

    Mr. Paulson implies he was receiving this information from Defendant, which did not happen. Possibly this was done so as not to indicate to the person receiving the e-mail that he was cooperating with the Government? In other e-mails Mr. Paulson states who he received this information from--a friend who was a register paid informant for U.S. Government.

9.    ex 5) May 5, 2009 Paulson to Agent Rine  (e-mail)
    wanting to speak to "Mack Strog" Agent that Agt. Buss referred to in his note?
    still has a tape from working with dea in 01-02
    talked to Vicky Thompson about this time last year –she never told me about this deactivation stuff

    e-mail Rine to Paulson
    thanks for putting me in touch with your friend (Brian hill)

10    (ex 6) May 20. 2009 E-mail Paulson to Agent Rine
         hows it going with Brian (hill)

      May 21, 2009 e-mail Agent Rine to Paulson
      Brian is a great guy—thank you for putting me in touch

11    (ex. 7) 2/2/2010 e-mail Paulson to Agent Rine
         here' the western union money I sent to Robert

12    (8) August 19, 2010 Pretext investigation report of interview with Paulson
         1. 2004 working with U.S. Customs agent Vicky Thompson
         2. Paulson still has a "treasury chest" of unauthorized recordings while working
            undercover.

13    (ex 9) e-mail Paulson to Pretext
         1. ask jack (stroming) C.I. who recruited Paulson
         2. Harvey
         3 holeys (Howe's)
         4 buy given info to Harvey
         5 enven if I thought i was still working for them (Gove't)
         6. only one you pall old Greg (Sitzmann) who was about to throw me under the
            bus and i was right
         7. copy all those tapes
         8. this Saber thing pop's up,, and it will....I knew from Greg

12    (ex 10) November 12, 2010 e-mail Paulson to Pretext --Gary Mc Dainel
         1. ya call jack (stroming)
         2, but its funny stroming was right about Greg (Sitzmann) some how he knew
            Greg was trowing me and Harvey and everyone under the bus-jan 01 and he
            always says [jack that is ] that he saved me from the slammer.

13    (ex 11) December 14, 2010 e-mail Paulson to Gary Mc Daniel
         anyway stroming # is 954-667-5416

JOHN SAGER TESTIMONY DURIN TRIAL

Mr. Sager stated he had been informed Defendant believed Mr. Sager was "working for the Government" and had 'cut" off any communication with him. He further stated at about the same time Mr. Harvey and Mr. Paulson seem to distant themselves from him.

Mr. Sager then explained how he and Mr. Paulson had in or around 2004 entered into an agreement to smuggle cocaine into Canada by way of a ship. He also stated both had furthered this conspiracy by purchasing specific equipment to use in their smuggling efforts.

He then testified how he had entered into an agreement to purchase two (2) aircraft; with illicit funds amounting to $100's of thousands of dollars, from Jerry Harvey another Government witness in this case against Defendant.

During the trial Mr. Abbenante while questioning Agent Rine extracted the following information:

1. Agent Rine, as written in his R.O.I. 051, was aware that one of the Government's main witnesses against the Defendant, Gary Paulson, informed Agent Rine he was aware Defendant had spoken law enforcement and had provide information concerning his, Mr. Paulson's, and others, illegal activity as early as 2001.

2. Mr. Paulson, according to the information in the R.O.I. 51 wanted to be the "first person in the door" clearly a reference to trying to cooperate before any other co-conspirators did---this was written years after Mr. Paulson knew about the meeting (s) Defendant had with law enforcement in 2000.

. John Howe testified at trial, without receiving a subpoena, that Defendant had been given transactional immunity during the Defendant's meeting s with the Assistant United States Attorney in Miami, Florida in January or February of 2000. The court then gave the Prosecution two days to provide evidence to rebut Mr. Howe's testimony, which they chose not to do. although the former Assistant United states Attorney that was present at the meeting was available to testify. (The Court after the trial made a finding stating the Court did not find Mr. Howe's testimony credible) (According to Mr. Abbenante this Court made a ruling during trial Mr. Howes, "had opened the door" to allow the Government to use information from the French Debriefing. (Although the Court found Mr. Howes testimony not credible to grant a Kastigar hearing it did find his testimony credible when he stated something "that had opened the door" to allow the Government to enter into evidence the French Debriefing information, this according to Mr. Abbenante )

NOTE: Defendant has no notes of the Court ruling or does not have any recollection of the Court, Prosecution, or Mr. Abbenante speaking about this while Defendant was in the Courtroom. Also Mr. Abbenante only made Defendant of the Court's ruling during the Government their rebuttal. )

When considering Mr. Paulson refers in one of his e-mails he has know Defendant spoke with the Government since 2001 from Jack Stroming, a registered government informant who

recruited Mr. Paulson to work as a confidential informant for the Government, The possibility of Mr. Paulson relaying this information to other Government witnesses, ones he helped to recruit for the Government, with the possibility of influencing them to testify in this case, or the contamination of everyone's testimony toward Defendant becomes a real probability.

The fact the Government has claimed for years there was no meeting in Florida between Defendant and law enforcement clearly was an intentional deception to the Court. The Government's lead Agent, William Buss, had, according to his notes of 2/21/01 knew that Agent Max Strom was "working Sitzmann" concerning "money laundering and drugs" (ex 1) Mr. Strom- Strong ?? is referred to thru out Mr. Paulson's e-mails, yet for years the Government denied to the Defense and the Court any meeting occurred. Only when the Defense had Mr. Howe's testify during trial did the Government admit the meeting (s) occurred but never produced any witness, although one was available, to counter Mr. Howe's testimony that defendant had received transactional immunity from the United States Attorney's Office in Miami, Florida.

The Court should hold the Government responsible for their intentional actions of allowing at least one of their witnesses to testify, thus influencing the jury when they knew, or should of have known, Mr. Paulson testimony was "tainted. The Government had the e-mail sent by their own witness, which the Defense turned over to the them before trial, Gary Paulson of April 24, 2004 clearly shows Mr. Paulson not only knew of Defendant's meeting with law enforcement, but also who represented Defendant, and the content of the information Defendant was speaking about. Clearly the Government intentionally allowed at least this witness to testify, and others (?) knowing he, or they, were influenced, at the very least, to do so ( In R.I.O. he stated to Agent Rine he want to be the "first in the door"—clearly an indication he was influenced to testify because of the knowledge he received from his friend, Jack Stroming a paid register confidential in foment for the government in 2001, stating, according to Mr. Paulson, because Sitzmann was throwing him "under the buss".

Defendant request this Court to dismiss the charge against Defendant as the documents show the Government knew, or should have know, the testimony given by at least one of their witnesses, Gary Paulson, was "tainted". By allowing Mr. Paulson to testify the Government knowingly made a decision to allowed "tainted" information be given to the jury, thus "tainting" the decision of the jury. If the Court does not dismiss the charge against Defendant he request the

Court declare a mistrial or in the alternative hold a evidentiary hearing to determine how much, if any "tainted" information each Government witness was exposed to and if this information influenced any witness to either testify or slant there testimony during the trial.

Respectfully:

Gregory J. Sitzmann

List of Ex.

1) 2-21-01 Notes of Agent Buss
2) 2-29-04 Gary Paulson's e-mail to Agt. Vicky Thompson
3) 3-5-04 Gary Paulson's e-mail to Agt. Vicki Thompson
4) 4-24-04 Gary Paulson's e-mail
5) 5-05-09 Agt. Rine's e-mail to Paulson
6) 5-31-09 Gary Paulson e-mail to Agt. Rine
7) 2-02-10 " " " " " "
8) 8-19-10 Pretext Investigation report of Interview w/ Paulson
9) 8-22-10 Gary Paulson's e-mail to Pretext
10) 11-12-10 " " " " "
11) 12-14-10 " " " " "

2/21/01

E Mac(ure
Sitzman college Record
Margret Mullin Analysis
— Monroe County Sheriff

Research For SA Mack Strong GRP 13
GS Ed Kacenosky

2/21/01

SA Mack Strong Money Laundering Grp
working Sitzman

Sitzman moving Money & Drugs
All over world
Drugs in Aircraft & Trucks
Trucks & Gas Tanks
  Laundering
3. S.m. Closs within his capability

Ex 1

# YAHOO! MAIL
Classic

**Re: E Mails Received**
From: "gary paulson" 
To: "Vickey Thompson"

Sunday, February 29, 2004 10:10 AM

Vicky

sorry i hav,nt been back in touch ,with you ! but i just cant get rid myself of this so-called flu!! no-one has flu for 3 months!!! but try and convince a public health doctor of that!!! the other problem well, what it has finally come down to ,is the operation they will do !!! will leave me in more pain and on drugs forever!!! this is not an option....!!! the bottom line is they will only go so far!!! [they will not remove source of trouble]they seem to think, i,ll file suit on them !!!! talk about a catch 22!! i can only believe this is because of the tort system as it is today!!! last doctor i had a visit with , last week [paid not public health ] with was the very first one my attorney sent me too ,almost 2 years ago ,doctor visit hell !!!! this guy called me insane,i ask him how would you feel if you had a pair of vise-grips on your private parts for 2 years,this guys the whole problem,if he,d of fixed small problem back then it wouldn't of progressed to this stage and he knows it !!! and 3 other doctors agree!!!and i still told him,i would sign anything !!! to release him of those,s fears!!!! no good i wasted my money!!!! so now I'm trying to get my x wife in Canada ,to get a few doctors i can call, send records to ,get a price worked out and hope they let me in the country!!! ,and get out of this nightmare!!! i cant believe i have to leave my own country to get help and my life back !!!one would think that America has the very best health care!!! don't fool yourself!!!! i know I'm not the only one,Ive been in to many of there waiting rooms!!! money is not the problem!!! my family will pay for everything!!!! its the legal system period!!! anyway i just wanted to let you know,whats going on , i still want to work with you , and you should be looking for Greg stizman coming back into the country,most likely from Canada he left a few weeks ago too get more money and do some deals!!!if he,s hauling money ,he or one of his gofers will most likely be using one of those suburbans Chev,s with the fuel tanks i made him or f-100 ford pick-ups front grill by windshields wipers comes out big space in there for bucks!!! and mac knows the guys name who most likely will be driving it[check your records you guys caught him with small amount of pot at the Detroit crossing silver suburban Kentucky tags like in 1999guys name is gorge but you missed the money!!! further i got a good recording from Greg about this guy named jerry Harvey has home on small airport called naked lady ranch up around Stuart Florida,this guy ripped about half mil from Greg's[panama bank account] and wire transfered it to a bank here,i think its one of the Hanover banks,this guys got millions of dirty money,and doesnt pay taxes!!! at all atleast thats what he brages about !! further planes still in my friends car-port,but there about feed up with it taking up so much room ,and dont think i can control location much longer,you know if you could come up with a good place to put this plane!!! we could work this better??before he comes back!!!
anyway sorry i cant do much more,at this time ,ill get these medical problems fixed one way or the other!!! then i should beable to roll !!!
gary

**Vickey Thompson** wrote:

> Thanks for all responses, will be working on info.
>
>
> >From: gary paulson
> >To: Vickey Thompson
> >Subject: Re: Correct email address
> >Date: Fri, 23 Jan 2004 18:30:24 -0800 (PST)
> >
> >few.pic,s
> >
> >Vickey Thompson wrote: Gary, this is my correct
> >email address. Please let me know that you have

Ex 2




MAIL Classic

**Re: E Mails Received**                                   Friday, March 5, 2004 11:48 AM
From: "gary paulson"
To: "Vickey Thompson"

vickey
new up-date on g.stizman he is in spain now!! will be bringing money back !!! check carry on baggage black bag, false bottom ,when he comes thru costoms,can carry up to 1 mil in $100 bills.
gary

**Vickey Thompson**

Thanks for all responses, will be working on info.

>From: gary paulson
>To: Vickey Thompson
>Subject: Re: Correct email address
>Date: Fri, 23 Jan 2004 18:30:24 -0800 (PST)
>
>few.pic,s
>
>Vickey Thompson wrote: Gary, this is my correct
>email address. Please let me know that you have
>received this email.
>
>thanks Vickey.
>
>_____
>Get a FREE online virus check for your PC here, from McAfee.
>http://clinic.mcafee.com/clinic/ibuy/campaign.asp?cid=3963
>
>
>
>
>_____
>Do you Yahoo!?
>Yahoo! SiteBuilder - Free web site building tool. Try it!
><< IM00-094.JPG >>
><< IM00-127.JPG >>
><< IM00-126.JPG >>

There are now three new levels of MSN Hotmail Extra Storage! Learn more.
http://join.msn.com/?pgmarket=en-us&page=hotmail/es2&ST=1

Do you Yahoo!?
Yahoo! Search - Find what you're looking for faster.

Ex 3

**From:** gary paulson [gnpquikfly2000@yahoo.com]
**Sent:** Saturday, April 24, 2004 3:06 PM
**To:** ▓▓▓▓▓▓▓
**Subject:** Re: Sitzman - Status

▓▓▓

you didn't get link ,i took it down,had two buyers they came they went!!both brought there pre buy inspection a+ps with them, that turd[Jeff rahm] that built it is a fucken moron, 1 he didn't mate fuselage half's correctly over lap seam is 3" apart,needs Tobe split again and redone,so about the only parts worth a shit are the wings , then there's a big problem ,when i went to pick up airframe last year,they had it hanging from i beams from ceiling,chain in front straps in back [around elevators]well during inspection guess what !!!
there's gray epoxy embedded in [same shit hanger floor is coated with] elevator tip,port side, dam easy to figure out!! it was dropped !!!
bulkheads inside are ripped [if you want pic,s of ripped bulkheads ill show you],really doesn't matter now fuselage needs split and redone ,which means as is, i never had an offer over 30.000,and thats from one of his builder ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ never saw him again for 2 years!!!.which he blamed on j Harvey,which had shit to do with me and my profits, caught him once down at banana Joe's,he said he was ratting out j Harvey for taken money out of account in panama[ know this Tobe fact! i drove him to HOULES office by fed building down town trying to talk him out of it ,or what ever that attornys names is ],which drove me nuts i was on paper!! and he didn't give a fuck what that move would do to me !!!you know how it goes ,he rats on Harvey ,Harvey rats on me and im down !!!▓▓▓▓▓▓▓▓

/24/2004

Rine, Jared A

**From:** Rine, Jared A
**Sent:** Tuesday, May 05, 2009 11:53 AM
**To:**
**Subject:** RE: airframe.stizman stealth bomber

Gary,

Thank you for the pictures. I understand your frustration with the SAGER deal. I hope you are doing well. Thank you for putting me in contact with your "friend".

To get a hold of Mack Strong you can call:

This is the main number to the Miami office. Someone should answer the phone...ask for the "Duty Agent". Tell the Duty Agent that you are a CI with Mack and that it is important that you speak with him.

1-800-973-2867: This is our communications center. If the above number does not work, tell the communication officer that you would like to speak to Mack Strong out of Miami and that you are a CI.

I hope this helps.

Take care Gary.

Thanks again for the pics....I am sure I will be calling you.

-Jared

-----Original Message-----
From: gary paulson [mailto:
Sent: Tuesday, May 05, 2009 11:23 AM
To: Rine, Jared A
Subject: airframe.stizman stealth bomber

Jared
Here are some of the pic,s of stizman,s stealth bomber!! Further I would like a phone number for mac strong ,id like to get this john sager thing strait with them!! Someone has dropped the ball and it wasn't me!you know some of the tapes I still have ,working with the dea in 01 or 02 ,well there just full of it! Work with your score's strait you'll get a hell of a lot further!! Hell even when I was talking to Vicky Thomson last year I think about this time, she never told me about this deactivated stuff !!why ?? free info? Hell at the time I just thought it was my medical suit id filed and the info ,I was trying to give her wouldn't be believed! Now im not so sure?
Anyway you guys where strait with me and I did as advertised !! but these people down here, I don't have a clue how they get anywhere, to much dam bull and more bull ,I sure could get active again for them but why ,should I it would be just more of the same, so when you ask me if id talk to dead about sager yaw sure but not with another agent like the last one Doug, guy was a drunk and couldn't even remember what he'd said the day before! so if your going to hook me up with another agent like that I don't think so...anyway have a good day and im sure I'll talk to you again.
Gary Paulson

Ex 5  1

# Rine, Jared A

| | |
|---|---|
| From: | gary paulson [▓▓▓▓▓▓▓▓▓▓] |
| Sent: | Thursday, May 21, 2009 10:13 PM |
| To: | 'Rine, Jared A' |
| Subject: | RE: just checking in |

Jared
Well that mite be a hard one[Dwyer]but as I remember the girl he has been with for years lives in Stuart fl.and ive been trying to remember where that home was,as I remember it, she had got home from her mom, and they where fixing it up,I'll check it out on goggle earth from the roads and area as I remember the area, mite refresh my memory , I think if I see it I'll remember it, its close to airport in the older section just north of airport and if I remember right he gave me his phone number there and being the pack rat that I am,I just mite have number in old phone book I'll look.and I could stop by lantana airport on the way up,someone there mite have seen him or knows where he,s at,this weekend I have a family problem,my dad,s not doing to good and my sister and myself are going to try and talk to him about moving up buy her ,he's by himself and where both worrying about him ,he cant remember shit ,and I know how that feels! at lest now he admits it,so maybe we'll get some where with him,but you know how those old guys [81]are they feel like there giving up there freedom,anyway let me see what.I can do a little driving around up there just mite refresh my memory and just maybe he'll be there still with that girlfriend ?
Anyway Brian's really a good guy glad you liked him,bet he told you some good flying story's,I'll be back with you.
gary

-----Original Message-----
From: Rine, Jared A [mailto:▓▓▓▓▓▓▓▓▓▓]
Sent: Thursday, May 21, 2009 2:37 PM
To: gary paulson
Subject: RE: just checking in

Gary,

Hey!  I hope you are doing well.  Brian is a great guy.  Thank you for putting me in touch with him.

Is there any chance you know where Dwyer is?  We are still trying to locate him. His time maybe running out to help us.  I want to give him the same opportunity I have given you.

Let me know-
Jared


Jared A. Rine
Special Agent
Department of Homeland Security
US ICE- Office of Investigations-HIDTA
International Narcotic Trafficking Investigations Annandale, VA
▓▓▓▓▓▓▓▓▓▓

-----Original Message-----
From: gary paulson [mailto:▓▓▓▓▓▓▓▓▓▓]
Sent: Wednesday, May 20, 2009 9:03 AM
To: Rine, Jared A
Subject: just checking in

Jared
Will how's it going with Brian? He remembers aircraft n number real well, he used to remember whole ifr flight plans in his head[tons of numbers and fixes/heading /unbelievable pilot, I tell ya the air units down here could use a pilot like him, and he's never been convicted of anything,un like my self, I tell ya some nights he and I could be out in the boonies some where and could tell as a plane few by at 10.000 ft if i was loaded or not  ,just by the sounds of the motors!!

1  EX 6

**Rine, Jared A**

---

**From:** gary paulson <span style="background:black">████████</span>
**Sent:** Tuesday, February 02, 2010 11:58 PM
**To:** jared rine
**Attachments:** send to jerid.jpg

Jared
here,s western union money i sent Robert
Gary

Ex 7

MEMORANDUM

TO: FILE

FROM: GMD

DATE: 08/19/10

RE: STATE v. SITZMANN

---

Thursday, September 19, 2010, I traveled to Fort Lauderdale upon return from Miami business to visit with GARY PAULSON, a Government witness. Arriving at the residence around 12:40, I attempted to initiate a conversation and seek permission to record a statement, emphasizing that I wanted to ask general questions as to what the Government asked and what statements were made in efforts to document his proposed testimony. He previously informed me that the statements by the Government contained in the Bill of Particulars and/or Motions concerning a 2004 date were wrong and he "told the Government that" on more than one occasion. I was seeking clarification. He declined a formal statement and went on to answer several questions. As customary for this witness, his recollection is not much better than his presentation. He is probably the most difficult witness to interview in my entire career.

The highpoints of what I learned is as follows:

- At the time the airplane was being sold in May 2004, he had an undercover relationship with Miami Customs Agent VICKY THOMPSON. She was working with a DEA agent who he referred to as a "drunk" by the name of DOUG and MAX STROM, the Director of Operations. It was VICKY THOMPSON that gave permission for the sale of the plane, saying they had no interest in GREG SITZMANN but they did have an interest in GARY HARVEY.

- GARY still has a treasure chest of unauthorized recordings while working undercover that include conversations between him and agents.

- When Washington, DC came to his residence, they observed a lot of work case and immediately seized it and would write him a letter later to the seizure. They had already gained entry in his house when they observed it. He had his work tools in hit and they claimed he used it to smuggle drugs. He would later admit that he smuggled money back from Columbia in the case.

- SAGER paid for his operation. In fact, agents were accusing him of money laundering with SAGER. According to him, he gave checks to SAGER as if he was paying for transportation of the airplane from the RAHM facility, where it was tied to the ceiling of the garage. Apparently, the new owner wanted no liabilities around the warehouse and

EX E

**From:** gary paulson [gnpquikfly2000@yahoo.com]
**Sent:** Sunday, August 22, 2010 5:12 AM
**To:** pretext@bellsouth.net
**Subject:** been thinking about our last talk,hope you can read it

**Attachments:** 80140145.jims.vicpres.6.tif

gary
ask jack how that came about?he says he don't know Greg? and when i told him about the run-in at banana Joe,s and greg,s response! he set -it all up,with attorney Hampton Peterson,he says it was all done by end of 01 ,but he has all notes still has and names,d.e.a./customs agents.etc.and it was before 9.11, and they where to pay for this,which they never did or that attorney kept it? but he was made a us attorney shortly there after?as you say there all lairs,and i have a hard time believing you think that much of greg to do all this for nothing,but i guess,you have a different relation ship than he and i ,i don't like hearing they want to fuck you over[all you do is look for the real truth not some twisted form or version of it,like you know who] ],after all you did for me for nothing !am indebted to you for ever[ but ill have to say when every judge in south Florida rescues them self's from my case id say you did a dam good job!!!! and if Greg had some balls all this wouldn't be hear now,if he,d of done what i ask to-do in the 90,s Harvey would of never had the chance to take chopper and him off the country,its been er-land anyway i guess my gut feelings where right now that i know what he did in 02 and they just used it in and other district,its the money that's all they want,and Harvey s got it and that holeys or what ever his name is,should lose his attorneys licensee and be charged with conspires to commit murder and murder!) buy given info to Harvey and that guy that keeps telling me to forget sager and you to ,i think your wrong! just an other sucker job ,even if i thought i was still working for them ,i guess if you don't bust the world for them ,which i never did not one person,only one your pall old Greg who was about to throw me under the buss and i was right !! wish i was that sharp still,but thanks to a greedy nurse who wanted 750.00 bucks,what was once is no more.,i threat people like i want to be treated, then some plow boy turns on me like a weasel. ,because he,s a weak spineless punk and walked away did what i did all that time for,for real this time and i get ripped ,i think you should if you would or i,ll do it copy all those tapes and maybe you get a set and i,ll put a set somewhere i only know about,then when this sager thing pop,s up,and it will, because he has to pop a bunch of people !! i knew what he was from 02 or so from greg,so if he tried to do something was i that dumb that id think he wouldnt bust me [no id bust him] and i wasn't out there looking to do shit, just knowing these people got me involved,we will talk again about that affidavit and see what i can do for that bum,i know you don't like me talking about him like that but he,s just another manipulator!!

and id like you too look up something to help doc,he,s been ripped off by a guy by the name of tom Ross one of those worth ave,investment guys,and dig this ,he holds doc,s ssi checks every month until he gets what he wants from his cancer invention and it works how do you think all that crap in my nuts died and the skin melanoma died and fell off like a wart doc,s stuff,my sister cancer place wanted 50 grand to do it ,,and he,s been in some trouble in utah,some how he,s weaseled 60% of doc,s company out of him,i need some dirt on him,all i know is he,s in some fed trouble out in utah,i took him to ssi place this week so from now on all checks come hear,but get this im tiring to find a class action group to get there house back or see if anythings can be done,after you told me what they where doing ,i call this scum bag and ask him if august check is there ,he says he could garrulity me it wasnt comeing ??he has it and untill doc answers the question this group wants he,s out august ssi check !well i told doc,stick it up his oh so proper mr tom ross ass well sssi people will see who has it or cashed it,but i want too get his ass but good ,every person this drug doc makes is used there,s a fee payed to them ,guess who keeps

**From:** gary paulson [gnpquikfly2000@yahoo.com]
**Sent:** Friday, November 12, 2010 12:47 AM
**To:** Gary McDaniel
**Subject:** Re: Katerna Gikas

**Follow Up Flag:** Follow up
**Flag Status:** Red

gary
Well sounds like your doing about as good as i,Katerna Gikas does sound familiar? ya call jack ,you know when i started questioning him how he knew[lately] i had to do something quik [late 01]about greg, he was doing all kinds of stuff with d.e.a.,customs and that attorney hamton Peterson,and i didnt know anything that he was up to until this d.e.a guy pop,s up,he really didn't give me a strait answer,d.e.a. guy was a drunk,maybe he said something? about me to jack because he gave jack a mission to get this[ Cory delarouge or something like that] guy,who was renting a room from me,the guy who had fight with brother in my front yard and lost his wallet,which sager finds 2 years or so latter and pop,s back up with it ,hell 5 years latter,when he,s on the run,hell drunk d.e.a. agents ,attorneys talking to each other,bet Peterson knows john howles ?but its funny stroming was right about Greg,some how he knew Greg was trowing me and Harvey and everything under the buss,jan .02,and he always says [jack that is] that he saved me from the slammer! was it a good guess or did he really know something? be interesting to hear what he says to you?
anyway really sorry to hear about your wife ,just up and going after 20 some odd years ,i guess my dad is right they don't think like we do and you never really know them ! but i guess thats what keeps us comeing back for more,like the old saying goes cant live with them ,cant live with out them! and from what i gathered last time we spoke ,this was a surprise to you?and you had such a nice place and the tree farm,nice nest for her to just pick up and leave?anyway i know how you feel,it sucks! and doesn't make since from a man,s point of view! that's just how they are,so much for that im sure your not to happy about it,im not to happy about the last one either ,hell 6 months ago she tells me ,why did i let her go!! because you said you didn't want to wake up at 50-55 years old and have to start allover again [im 20 years older than her] made since to me ,then she says she loves me more still than who she,s with now!well if this is so lets not waist anymore time lets go,better to have 20 good years than ,not at all!! then this shit happens and now i know i don't have that much time left,went into hospital blood work and liver perfect come out its all screwed up,i just look at blood work and its all normal when i get there,then nurse give,s me an over dose shoot of atavan ,no doctors orders for shoot nothing and i know her,and it wasn't broward general hosbital they took me to first,its one out by Henderson clinic out by turnpike and oakland pard blvd,there,s 4 hours missing from time i left  Henderson clinic 8:05 i know i looked at clock to when i got to broward general hospital 11:05 in respatory failure and heart trouble because of o.d on atavan and there covering it up,public health sucks ,and funny as it is all the crap i went throw with them in 04-05 over my nuts ,well that whole file is missing but i have it! then they give me a bill for 50,g,s for there fuck up,i only went there because i had chunk of skin peeled off my right leg[you could see bone on front shine ] from kicking ass-hole trying to break into my house 4:00 am in the morning.
so don't feel so bad .every body's got troubles big time.just a sign of the times.talk to you soon
Gary


--- On **Thu, 11/11/10, Gary McDaniel *<pretext@bellsouth.net>*** wrote:

From: Gary McDaniel <pretext@bellsouth.net>

## Gary McDaniel

**From:** gary paulson [gnpquikfly2000@yahoo.com]
**Sent:** Tuesday, December 14, 2010 11:51 PM
**To:** Gary McDaniel
**Subject:** Re:

Gary
ya i guess if i where facing what he is id be putting it off to! what do you think he,s getting time wise? i still should copy those tapes just in case he trys to spread the time around,which i know he will,you willing to hold a few copy's?last time i recorded them and judge snow job said they where no-good they can but i cant! ,then my wife lost them,or they took them on the 3rd time in two weeks they came back and ram sacked the house,warrant is only good for one day and what ever is object of search.those tapes between me and the rat the dea turd would of fucked there whole lie up ,that's why they kept coming back ,my dumb ass wife ,i bett left them in plane sight[i had them hidden well] once i told her where they where,she just fucked around and didn't do shit, even after i told her to take them to salznick,told him ,he didn't do shit,about them taken them ! ah don't know how i got off on that tangent !guess i know how they are! and the crap Greg's going threw'and now you too! you know what i mean 97-98 isn't 98-99 or 2000' anyway███████████████maybe he,ll shed some lite ,Greg's way!
Gary

--- On **Tue, 12/14/10, Gary McDaniel** *<pretext@bellsouth.net>* wrote:

> From: Gary McDaniel <pretext@bellsouth.net>
> Subject:
> To: "'gary paulson'" <gnpquikfly2000@yahoo.com>
> Date: Tuesday, December 14, 2010, 10:24 AM
>
> Sitzman bogged down still waiting on motion hearings (9) -- can I call Stroming?
>
>
> Gary J. Mc Daniel
> President
> Pretext Services, Inc.
> 13716 75th Ln N.
> West Palm Beach , Fl. ( USA ) 33412
> 1-561-792-1799 or 1-800-808-1150
> Fax: 1-561-792-8085
> Website: www.pretextpi.com
> Email: pretext@bellsouth.net

12/15/2010

EX 11