UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-242 (PLF) |
| v. : | |
| : | |
| GREGORY JOEL SITZMANN, : | |
| Defendant. : | |
| : | |

**UNITED STATES' MOTION FOR EXTENSION OF PAGE LIMIT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court extend the page limit on the United States' Opposition to Defendant's Motion for Judgment of Acquittal or for a New Trial. As grounds for this motion, the United States provides as follows:

1. The defendant filed an extensive 65-page Motion for Judgment of Acquittal, or in the Alternative, for a New Trial. The motion addresses numerous, varied and complicated issues that have required the government to cite extensively from the very large record. The issues include matters involving single versus multiple conspiracies, venue, statute of limitations, constructive amendment of the indictment, intrinsic evidence, Rule 404(b) evidence, Sixth Amendment confrontation rights, alleged government misconduct (grand jury abuse, bolstering, vouching, reliance on guilty pleas of others as evidence, etc.), and others.

2. To adequately address defendant's motion, the government requests that the page limit on its opposition be extended to 106 pages.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this page limit extension requested herein.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY


_____/s/_____
GEORGE ELIOPOULOS
Assistant United States Attorney
D.C. Bar No.390601
555 4th Street, N.W.
Washington, DC 20530
(202) 252-6957
george.p.eliopoulos@usdoj.gov