UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 08-0242 (PLF) |
| GREGORY JOEL SITZMANN, | ) ) ) | |
| Defendant. | ) ) | |

MEMORANDUM OPINION AND ORDER

On June 12, 2014, there was filed on the docket of the Court as Docket No. 245 a *pro se* motion in which the defendant, Gregory Joel Sitzmann, requested the Court to consider additional evidence in deciding his motion under Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure and his motion requesting certain grand jury transcripts.

On November 18, 2014, the Court issued an Opinion and Order (Docket No. 252) denying Mr. Sitzmann's request for grand jury transcripts and a separate Opinion and Order (Docket No. 253) denying his motion for judgment of acquittal or for a new trial. In footnote 5 of the Court's Opinion denying his request for grand jury transcripts (Docket No. 252), the Court referenced Mr. Sitzmann's *pro se* motion (Docket No. 245) requesting it to consider additional evidence, although it failed to identify the *pro se* motion with its docket number. See Docket No. 252 at 5 n.5. In that footnote, the Court stated that it had considered two of the attachments to Mr. Sitzmann's *pro se* motion in connection with his motion seeking grand jury transcripts and noted that the other documents were not relevant to that motion. Id. The Court did, however, consider the arguments set forth in Mr. Sitzmann's *pro se* motion (Docket No. 245) in

evaluating both motions decided on November 18, 2014. Accordingly, Mr. Sitzmann's motion requesting the Court to consider additional evidence in deciding his motion under Rule 29 and Rule 33 of the Federal Rules of Criminal Procedure and his motion requesting certain grand jury transcripts is hereby GRANTED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 20, 2014