**FILED**

MAR 09 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        Cr. no. 08-242 (PLF)

GREGORY JOEL SITZMANN

*Let this be filed*

*[initials] 3/9/15*

REQUEST TO REPLACE COUNSEL

    COMES NOW, Gregory J. Sitzmann, Pro-se, requesting this Honorable Court to replace Court appointed Counsel as Defendant and Counsel have reached an irreversible break down in communication.

    Defendant also requests this Honorable Court to replace Counsel as soon as possible so new counsel will be able to prepare for Defendants sentencing without any further delay.

Respectfully Submitted,

Gregory J. Sitzmann
1901 D. St. S.E.
Washington, D.C. 20003

**RECEIVED**

MAR 09 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



RECEIVED
Mail Room

MAR - 2 2015

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

SITZMANN
319-939
1901 D-ST.S.E
WASh. D.C. 20003

CAPITAL DISTRICT 200(20)

26 FEB 2015 PM 1

Clerk
U.S. District CT.
For The District of Columbia
333 Const. Ave. N.W
Washington, D.C. 20001



20001289999